**DISMISS and Opinion Filed July 1, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00374-CV

### MIRAMAR INVESTMENTS, L.L.C. AND DAVID HOWELL, Appellants
### V.
### PREFERRED INCOME PARTNERS IV, L.L.C., Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09036**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Lang

Before the Court is appellants' motion to dismiss the appeal. Appellants have informed the Court that the parties have settled their differences. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

130374F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MIRAMAR INVESTMENTS, L.L.C. AND
DAVID HOWELL, Appellants

No. 05-13-00374-CV          V.

PREFERRED INCOME PARTNERS IV,
L.L.C., Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-09036.
Opinion delivered by Justice Lang.   Justices
Myers and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered this 1st day of July, 2013.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE